[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 08, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15832

_____

D. C. Docket No. 05-00110-CV-HLM-4

MICHAEL WALRAVEN,
JULIUS VANZANT,

Plaintiffs-Appellants,

versus

THE GOODYEAR TIRE AND RUBBER COMPANY, INC.,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(November 8, 2007)**

Before TJOFLAT, HULL and WILSON, Circuit Judges.

PER CURIAM:

Michael Walraven and Julius Vanzant appeal a district court decision

granting summary judgment to the Goodyear Tire and Rubber Company, Inc. ("Goodyear"). Their claims arise out of Goodyear's decision to sell the operation of its plant in Cartersville, Georgia, where Walraven and Vanzant were employed. Walraven and Vanzant brought various claims for relief under § 502(a)(3) of the Employee Retirement Income Security Act ("ERISA"), a claim of ERISA discrimination under § 510, and a claim of fraud under ERISA §§ 502 and 510. The district court granted summary judgment in favor of Goodyear on all claims. After reviewing the record and the briefs, and having had the benefit of oral argument, we affirm the grant of summary judgment on the basis of the district court's well-reasoned order of October 6, 2006.

**AFFIRMED.**